# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mohammad Khalil,

Plaintiff(s),

v.

Contract Callers Inc,

Defendant(s).

Case No. 14-cv-5359
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Mohammad Khalil
and against defendant(s) Contract Callers, Inc.
in the amount of $1000.00 in statutory damages and $4,243.25 in attorney's fees and costs for a total amount of $5,243.25 ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for default order and judgment

Date: 8/21/2014

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk